# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

### OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 27, 2019

NOTICE OF REASSIGNMENT

To:     All Counsel of Record

Re:     Pullum v. Ford Motor Company

        Civil Action No.    2:19-cv-00120-WC

The above-styled case has been reassigned to Judge Emily C. Marks.

Please note that the case number is now **2:19-cv-00120-ECM.** The new case number should be used on all future correspondence and pleadings.